IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ELECTRONIC EDISON TRANSMISSION TECHNOLOGIES, LLC, <br> PLAINTIFF, <br><br> V. <br><br> SAM'S WEST, INC., <br> DEFENDANT. | § § § § § § § § § § | CAUSE NO. 1:20-CV-152-LY |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On June 5, 2020, the parties filed a Stipulated Dismissal With Prejudice (Doc. #13) which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _8th_ day of June, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE